**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 24-CV-2067**

Emily Ann Nelson,

        Plaintiff,

v.

Maximus Education, LLC d/b/a Aidvantage,
Wells Fargo Bank, National Association d/b/a
Wells Fargo Education Financial Services,
Capital One Financial Corporation, JPMorgan
Chase Bank, N.A, and Spring Oaks Capital
LLC,

        Defendants.

**DEFENDANT WELS FARGO BANK, N.A.'S
ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Wells Fargo Bank, N.A. d/b/a Wells Fargo Education Financial Services ("Wells Fargo"), by counsel, submits its Answer and Affirmative Defenses to the Complaint ("Complaint") filed by Plaintiff Emily Ann Nelson ("Plaintiff").

## INTRODUCTION

1.    The allegations set forth in Paragraph 1 contain Plaintiff's characterization of this action to which no response is required.  To the extent any facts are alleged, Wells Fargo denies those facts and denies that Plaintiff has any basis in fact or law to maintain this action against Wells Fargo

## JURISDICTION

2.    Paragraph 2 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

3.    Paragraph 3 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

## PARTIES

4.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 4 of the Complaint concerning Plaintiff's residence and therefore denies the same. The remaining allegations in Paragraph 4 contain statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

5.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 5 of the Complaint concerning Aidvantage and therefore denies the same. The remaining allegations in Paragraph 5 contain statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

6.      In response to the allegations set forth in Paragraph 6, Wells Fargo states that it is a National Bank that conducts business in the state of Minnesota. The remaining allegations in Paragraph 6 contain statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

7.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 7 of the Complaint concerning Capital One and therefore denies the same. The remaining allegations in Paragraph 7 contain statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

8.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 8 of the Complaint concerning Chase and therefore denies the same. The remaining allegations in Paragraph 8 contain statements or conclusions of

law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

9.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 9 of the Complaint concerning Spring Oaks and therefore denies the same. The remaining allegations in Paragraph 9 contain statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

## PURPOSE OF THE FAIR CREDIT REPORTING ACT

10.      Paragraph 10 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

11.      Paragraph 11 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

12.      Paragraph 12 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

13.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 13 of the Complaint and therefore denies the same.

14.      Paragraph 14 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

15.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 15 of the Complaint and therefore denies the same.

16.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 16 of the Complaint and therefore denies the same.

17.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 17 of the Complaint and therefore denies the same.

18.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 18 of the Complaint and therefore denies the same.

19.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 19 of the Complaint and therefore denies the same.

20.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 20 of the Complaint and therefore denies the same.

21.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 21 of the Complaint and therefore denies the same.

22.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 22 of the Complaint and therefore denies the same.

23.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 23 of the Complaint and therefore denies the same.

24.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 24 of the Complaint and therefore denies the same.

25.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 25 of the Complaint and therefore denies the same.

26.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 26 of the Complaint and therefore denies the same.

27.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 27 of the Complaint and therefore denies the same.

28.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 28 of the Complaint and therefore denies the same.

29.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 29 of the Complaint and therefore denies the same.

30.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 30 of the Complaint and therefore denies the same.

31.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 31 of the Complaint and therefore denies the same.

32.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 32 of the Complaint and therefore denies the same.

33.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 33 of the Complaint and therefore denies the same.

34.     Paragraph 34 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

35.     Paragraph 35 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

36.     Paragraph 36 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

37.     Paragraph 37 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

38.     Paragraph 38 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

39.     Paragraph 39 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

40.     Paragraph 40 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

41.     Paragraph 41 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

42.     Paragraph 42 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

43.     Paragraph 43 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

44.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 44 of the Complaint and therefore denies the same.

45.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 45 of the Complaint and therefore denies the same.

46.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 46 of the Complaint and therefore denies the same.

47.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 47 of the Complaint and therefore denies the same.

48.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 48 of the Complaint and therefore denies the same.

49.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 49 of the Complaint and therefore denies the same.

## FACTUAL ALLEGATIONS

50.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 50 of the Complaint and therefore denies the same.

51.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 51 of the Complaint and therefore denies the same.

52.     The allegations in Paragraph 52 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

53.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 53 of the Complaint and therefore denies the same.

54.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 54 of the Complaint and therefore denies the same.

55.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 55 of the Complaint and therefore denies the same.

**Experian Disputes**

56.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 56 of the Complaint and therefore denies the same.

57.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 57 of the Complaint and therefore denies the same.

*Defendant Capital One*

58.     The allegations in Paragraph 58 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

59.     The allegations in Paragraph 59 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

60.     The allegations in Paragraph 60 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

61.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 61 of the Complaint and therefore denies the same.

62.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 62 of the Complaint and therefore denies the same.

63.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 63 of the Complaint and therefore denies the same.

64.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 64 of the Complaint and therefore denies the same.

65.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 65 of the Complaint and therefore denies the same.

*Defendant Chase*

66.     The allegations in Paragraph 66 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

67.     The allegations in Paragraph 67 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

68.     The allegations in Paragraph 68 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

69.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 69 of the Complaint and therefore denies the same.

70.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 70 of the Complaint and therefore denies the same.

71.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 71 of the Complaint and therefore denies the same.

72.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 72 of the Complaint and therefore denies the same.

73.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 73 of the Complaint and therefore denies the same.

*Defendant WF EFS*

74.      The allegations in Paragraph 74 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

75.      The allegations in Paragraph 75 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

76.      The allegations in Paragraph 76 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

77.      The allegations set forth in Paragraph 77 are denied.

78.      The allegations set forth in Paragraph 78 are denied.

79.      The allegations set forth in Paragraph 79 are denied.

80.      The allegations set forth in Paragraph 80 are denied.

81.      The allegations set forth in Paragraph 81 are denied.

*Defendant Aidvantage*

82.      The allegations in Paragraph 82 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

83.      The allegations in Paragraph 83 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

84.      The allegations in Paragraph 84 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

85.      Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 85 of the Complaint and therefore denies the same.

86.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 86 of the Complaint and therefore denies the same.

87.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 87 of the Complaint and therefore denies the same.

88.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 88 of the Complaint and therefore denies the same.

89.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 89 of the Complaint and therefore denies the same.

**TransUnion Disputes**

90.     The allegations in Paragraph 90 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

91.     The allegations in Paragraph 91 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

92.     The allegations in Paragraph 92 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied. Wells Fargo denies that it violated 15 U.S.C. § 1681s-2(b).

*Defendant Capital One*

93.     The allegations in Paragraph 93 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

94.     The allegations in Paragraph 94 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

95.     The allegations in Paragraph 95 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

96.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 96 of the Complaint and therefore denies the same.

97.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 97 of the Complaint and therefore denies the same.

98.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 98 of the Complaint and therefore denies the same.

99.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 99 of the Complaint and therefore denies the same.

100.    Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 100 of the Complaint and therefore denies the same.

*Defendant Spring Oaks*

101.    The allegations in Paragraph 101 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

102.    The allegations in Paragraph 102 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

103.    The allegations in Paragraph 103 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

104.    Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 104 of the Complaint and therefore denies the same.

105.    Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 105 of the Complaint and therefore denies the same.

106.    Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 106 of the Complaint and therefore denies the same.

107.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 107 of the Complaint and therefore denies the same.

108.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 108 of the Complaint and therefore denies the same.

*Defendant WF EFS*

109.     The allegations in Paragraph 109 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

110.     The allegations in Paragraph 110 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

111.     The allegations in Paragraph 111 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

112.     The allegations set forth in Paragraph 112 are denied.

113.     The allegations set forth in Paragraph 113 are denied.

114.     The allegations set forth in Paragraph 114 are denied.

115.     The allegations set forth in Paragraph 115 are denied.

116.     The allegations set forth in Paragraph 116 are denied.

**Inconsistent Dispute Results**

117.     The allegations in Paragraph 117 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied. Wells Fargo denies that it failed to conduct a reasonable investigation.

118.     Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 118 of the Complaint and therefore denies the same.

119.     The allegations in Paragraph 119 refer to documents which speak for themselves. To the extent the allegations vary from the documents to which they refer, they are denied.

120.    Wells Fargo is without information sufficient to form a belief about the truth and falsity of the allegations set forth in Paragraph 120 of the Complaint and therefore denies the same.

121.    The allegations set forth in Paragraph 121 are denied to the extent the allegations are directed toward Wells Fargo.

122.    The allegations set forth in Paragraph 122 are denied to the extent the allegations are directed toward Wells Fargo.

123.    The allegations set forth in Paragraph 123 are denied to the extent the allegations are directed toward Wells Fargo.

124.    The allegations set forth in Paragraph 124 are denied to the extent the allegations are directed toward Wells Fargo.

## PLAINTIFF'S DAMAGES

125.    The allegations set forth in Paragraph 125 are denied to the extent the allegations are directed toward Wells Fargo.

126.    The allegations set forth in Paragraph 126 are denied to the extent the allegations are directed toward Wells Fargo.

## RESPONDEAT SUPERIOR LIABILITY

127.    Paragraph 127 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

128.    Paragraph 128 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

129.    Paragraph 129 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

130.    The allegations set forth in Paragraph 130 are denied to the extent the allegations are directed toward Wells Fargo.

**STANDING**

131.     Paragraph 131 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

132.     Paragraph 132 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

*The "Injury in Fact" Prong*

133.     Paragraph 133 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

134.     Paragraph 134 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied. Wells Fargo denies that its actions negatively impacted Plaintiff's credit.

135.     Paragraph 135 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied. Wells Fargo denies that its actions negatively impacted Plaintiff's credit and denies that it caused Plaintiff emotional distress.

*The "Traceable to the Conduct of Defendants" Prong*

136.     Paragraph 136 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

137.     The allegations in Paragraph 137 of the Complaint are denied.

*The "Injury is Likely to be Redressed by a Favorable Judicial Opinion" Prong*

138.     Paragraph 138 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

139.    Paragraph 139 of the Complaint contains statements or conclusions of law and/or refer to documents to which no response is required.  To the extent the allegations are contrary to law and/or documents, they are denied.

140.    Paragraph 140 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

141.    Paragraph 141 of the Complaint contains statements or conclusions of law to which no response is required.  To the extent the allegations are contrary to law, they are denied.

**TRIAL BY JURY**

142.    In response to the allegations in Paragraph 142, Wells Fargo admits that Plaintiff demands a trial by jury.

**CAUSE OF ACTION**
**COUNT I.**

**VIOLATIONS OF THE FAIR CREDIT REPORTING ACT –**
**15 U.S.C. § 1681 *et seq*.**

**AGAINST ALL DEFENDANTS**

143.    Wells Fargo incorporates by reference all of the above paragraphs of this Answer as though fully stated herein.

144.    The allegations set forth in Paragraph 144 are denied to the extent the allegations are directed toward Wells Fargo.

145.    The allegations set forth in Paragraph 145 are denied to the extent the allegations are directed toward Wells Fargo.

146.    The allegations set forth in Paragraph 146 are denied to the extent the allegations are directed toward Wells Fargo.

147.    The allegations set forth in Paragraph 147 are denied to the extent the allegations are directed toward Wells Fargo.

148.    The allegations set forth in Paragraph 148 are denied to the extent the allegations are directed toward Wells Fargo.  Further, Wells Fargo denies that Plaintiff is entitled to any of the relief set forth in the unnumbered "Prayer for Relief" Paragraph to the extent Plaintiff seeks recovery against Wells Fargo.

Wells Fargo denies that Plaintiff is entitled to any relief whatsoever against Wells Fargo.

All allegations not specifically admitted herein are denied.

Wells Fargo reserves the right to rely upon any and all defenses as may become known through discovery or at trial.

Wells Fargo reserves the right to amend its Answer to conform to the evidence as determined in discovery or at trial.

## AFFIRMATIVE AND OTHER DEFENSES

Wells Fargo sets forth the following affirmative and other defenses, without assuming the burden of proof on such defenses that would otherwise rest with the Plaintiff.

1.    The Complaint fails to state a plausible claim for which relief can be granted and should be dismissed pursuant to Fed. R. Civ. P. 12.  *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S. Ct. 1937, 1949 (2009).  Wells Fargo reserves the right to file a Motion for Judgment on the Pleadings or other dispositive motion seeking dismissal of all Plaintiff's claims.

2.    Wells Fargo denies that Plaintiff sustained any damages and denies that it proximately caused any of the damages claimed by Plaintiff.

3.    Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff's damages, if any, were caused by their own acts, omissions, or negligence, or other acts or omissions of third parties other than Wells Fargo.

16

4.      Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff has failed to mitigate her damages.

5.      At all times relevant, Wells Fargo acted reasonably and in good faith and without any malice or intent to injure Plaintiff or to violate applicable federal law.

6.      Plaintiff's claims for punitive damages may be unconstitutional to the extent they fail to comport with the Due Process clause under the Constitution of the United States of America.

7.      Plaintiff's claims fail to the extent that they are barred by any applicable statutes of limitation.

8.      To the extent there was any violation of the FCRA, which Wells Fargo denies, Wells Fargo's actions were not knowing and/or willful because Wells Fargo's violations, if any, were unintentional and the result of a bona fide error despite the maintenance of procedures reasonably adapted to avoid such violations.

9.      Plaintiff's claim is subject to set-off of any sums due and owing to Wells Fargo.

10.     Plaintiff's claims fail to the extent they are barred in this Court as a result of a binding arbitration agreement.

Dated: July 9, 2024

s/Addison J. Morgan
Addison J. Morgan, ID #0401873
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
E-mail: addison.morgan@troutman.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

172902618