## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| EMILY ANN NELSON<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUM EDUCATION, LLC D/B/A AIDVANTAGE, WELLS FARGO BANK, NATIONAL ASSOCIATION D/B/A WELLS FARGO EDUCATION FINANCIAL SERVICES, CAPITAL ONE FINANCIAL CORPORATION, JPMORGAN CHASE BANK, N.A., AND SPRING OAKS CAPITAL LLC,<br><br>Defendants. | Case No. 0:24-cv-02067-PJS-TNL<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL AND SUBSTITUTION** |

In accordance with Local Rule 83.7, the undersigned hereby notifies the Court and all counsel of record that he is withdrawing as counsel for Wells Fargo Bank, National Association ("Wells Fargo") in this matter. Upon the filing of this document, Sarah Pruett of the law firm Troutman Pepper Hamilton Sanders LLP will become the counsel of record for Wells Fargo and this document serves as her Notice of Appearance in this matter.

The withdrawal of Addison J. Morgan as counsel for Wells Fargo will not delay the trial or other progress of the case and this Notice of Withdrawal as Counsel and Substitution is being served at least 90 days before trial.

|  |  |
|---|---|
|  | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| Dated: December 12, 2024 | */s/ Addison J. Morgan*<br>Addison J. Morgan, #0401873<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, Georgia 30308<br>addison.morgan@troutman.com<br>Telephone: (773) 569-8942 |
|  | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
|  | */s/ Sarah E. Pruett*<br>Sarah E. Pruett, #0397269<br>875 Third Avenue<br>New York, NY 10022<br>sarah.pruett@troutman.com<br>Telephone: (212) 704-6000 |
|  | *Attorneys for Defendant Wells Fargo Bank, National Association* |