UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 24-cv-2067 PJS/TNL

| | |
|---|---|
| Emily Ann Nelson,<br><br>    Plaintiff,<br><br>v.<br><br>Maximus Education, LLC d/b/a Aidvantage, Wells Fargo Bank, National Association d/b/a Wells Fargo Education Financial Services, JPMorgan Chase Bank, N.A, and Spring Oaks Capital LLC,<br><br>    Defendants. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO BANK, N.A. D/B/A WELLS FARGO EDUCATION FINANCIAL SERVICES** |

The undersigned counsel for Plaintiff Emily Ann Nelson and Defendant Wells Fargo Bank N.A. d/b/a Wells Fargo Education Financial Services ("Defendant Wells Fargo") hereby advise the Court that they have settled the claims against Defendant Wells Fargo only, contingent on executing a written agreement. The parties are drafting a written agreement and anticipating filing a stipulation of dismissal within sixty (60) days.

Dated this 10th day of March 2025.

By: *s/Thomas J Lyons Jr*
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #: 249646
**CONSUMER JUSTICE CENTER, P.A.**
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:   (651) 704-0907
tommy@consumerjusticecenter.com

*ATTORNEY FOR PLAINTIFFS*

-1-

-2-

**TROUTMAN PEPPER LOCKE LLP**

<u>*/s/ Sarah E. Pruett*</u>
Sarah E. Pruett, #0397269
875 Third Avenue
New York, NY 10022
sarah.pruett@troutman.com
Telephone: (212) 704-6000
*Attorneys for Defendant Wells Fargo Bank,*
*National Association*