UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 24-cv-2067 PJS/TNL

| | |
|---|---|
| Emily Ann Nelson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Maximus Education, LLC d/b/a Aidvantage, Wells Fargo Bank, National Association d/b/a Wells Fargo Education Financial Services, JPMorgan Chase Bank, N.A, and Spring Oaks Capital LLC,<br><br>　　　　　Defendants. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE** |

　　　The undersigned counsel for Plaintiff Emily Ann Nelson and Defendant Maximus Education, LLC d/b/a Aidvantage ("Defendant Maximus") hereby advise the Court that they have settled the claims against Defendant Maximus only, contingent on executing a written agreement. The parties are drafting a written agreement and anticipating filing a stipulation of dismissal within sixty (60) days.

Dated this 11th day of March 2025.

　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF:

　　　　　　　　　　　　　　　　　By: *s/Thomas J Lyons Jr*
　　　　　　　　　　　　　　　　　Thomas J. Lyons, Jr., Esq.
　　　　　　　　　　　　　　　　　Attorney I.D. #: 0249646
　　　　　　　　　　　　　　　　　Carter B. Lyons, Esq.
　　　　　　　　　　　　　　　　　Attorney I.D. #:  0403655
　　　　　　　　　　　　　　　　　CONSUMER JUSTICE CENTER, P.A.
　　　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　　　Vadnais Heights, MN 55127

Telephone:  (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com
carter@consumerjusticecenter.com

ATTORNEYS FOR DEFENDANT MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE:

By: *s/Natalia S. Kruse*
Natalia S. Kruse, 0504307
HUSCH BLACKWELL LLP
80 South Eight Street, Suite 2800
Minneapolis, MN 55402
612.852.2700
612.852.2701 (fax)
Natalia.Kruse@huschblackwell.com