# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 24-CV-2067-PJS/TNL

| | |
|---|---|
| Emily Ann Nelson,<br><br>                Plaintiff,<br><br>v.<br><br>Maximus Education, LLC d/b/a Aidvantage, Wells Fargo Bank, National Association d/b/a Wells Fargo Education Financial Services, Capital One Financial Corporation, JPMorgan Chase Bank, N.A, and Spring Oaks Capital LLC,<br><br>                Defendants. | **DEFENDANT WELS FARGO BANK, N.A.'S NOTICE OF APPEARANCE OF COUNSEL** |

Pursuant to the Federal Rules of Civil Procedure, Ryan E. Dornberger with the law firm of Troutman Pepper Locke LLP makes his appearance as counsel of record for Defendant Wells Fargo Bank, N.A., ("Wells Fargo").  Mr. Dornberger requests notice of all pleadings and notices filed in this matter on behalf of Wells Fargo.

Date:   March 21, 2025

                                              Respectfully Submitted,

*/s/ Ryan E. Dornberger*
Ryan E. Dornberger, # 0396444
Troutman Pepper Locke LLP
600 Travis Street, Suite 2800
Houston, TX 77002
ryan.dornberger@troutman.com
Telephone: (713) 226-1200

*Attorney for Defendant Wells Fargo Bank, N.A.,*

309618162v.1

## CERTIFICATE OF SERVICE

This is to certify that on March 21, 2025, a copy of the foregoing was filed electronically using the CM/ECF system, which then issued electronic notices of the filing to registered attorneys in the federal CM/ECF PACER system.

                                                      */s/ Ryan E. Dornberger*
                                                     Ryan E. Dornberger
                                                     Minnesota Bar No. 0396444