## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 24-CV-2067-PJS/TNL

| | |
|---|---|
| Emily Ann Nelson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Maximus Education, LLC d/b/a Aidvantage,<br>Wells Fargo Bank, National Association d/b/a<br>Wells Fargo Education Financial Services,<br>Capital One Financial Corporation, JPMorgan<br>Chase Bank, N.A, and Spring Oaks Capital<br>LLC,<br><br>　　　　　　Defendants. | **NOTICE OF WITHDRAWAL AS COUNSEL** |

In accordance with Local Rule 83.7(a), the undersigned hereby notifies the Court and all counsel of record that she is withdrawing as counsel for Defendant Wells Fargo Bank N.A. d/b/a Wells Fargo Education Financial Services ("Wells Fargo") in this matter. Attorney Ryan E. Dornberger of the law firm Troutman Pepper Locke LLP has already appeared on behalf of Wells Fargo in this matter. Mr. Dornberger is an active member in good standing of the bar of this court and will still be the party's counsel of record after Ms. Pruett withdraws.

Dated: March 21, 2025

Respectfully Submitted,

*/s/ Sarah E. Pruett*
Sarah E. Pruett, Registration No. 397269
Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022
Tel.: 212-704-6311
Sarah.pruett@troutman.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2025, I caused the foregoing to be electronically filed with the clerk of court for the U.S. District Court, District of Minnesota, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Sarah E. Pruett*
Sarah E. Pruett