# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Emily Ann Nelson, | Court File No. 0:24-cv-02067 (PJS/TNL) |
| Plaintiff, | |
| v. | |
| Maximus Education, LLC d/b/a Aidvantage, Wells Fargo Bank, National Association d/b/a Wells Fargo Education Financial Services, Capital One Financial Corporation, JPMorgan Chase Bank, N.A, and Spring Oaks Capital LLC, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

It is hereby stipulated and agreed, by and between the parties, through their undersigned counsel, that this action, including all claims that were or could have been raised herein, shall be dismissed with prejudice and on the merits, with each party bearing their own costs, expenses, and attorneys' fees.

Date: May 20, 2025

**CONSUMER JUSTICE CENTER, P.A.**

By  /s/Thomas J Lyons Jr
Thomas J. Lyons, Jr., Esq.
Attorney I.D.#249646
Carter B. Lyons, Esq.
Attorney I.D.#403655
367 Commerce Court
Vadnais Heights, MN
Telephone: (651) 770-9707
tommy@consumerjusticecenter.com
carter@consumerjusticecenter.com

**ATTORNEYS FOR PLAINTIFF**

1

Date: May 20, 2025                    **TAFT STETTINIUS & HOLLISTER LLP**

By */s/ Daniel N. Moak*
   Daniel N. Moak (#347474)
   Adam G. Chandler (#397408)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-977-8400
dmoak@taftlaw.com
achandler@taftlaw.com

**ATTORNEYS FOR DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

172097705v1