UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| EMILY ANN NELSON, | Case No. 24-CV-2067 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| MAXIMUS EDUCATION, LLC d/b/a AIDVANTAGE, ET AL., | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the plaintiff and defendant JPMorgan Chase Bank, N.A. on May 20, 2025 [ECF No. 71],

IT IS ORDERED that all claims against defendant JPMorgan Chase Bank, N.A. are dismissed with prejudice and on the merits, without costs or disbursements to either party.

Dated: May 21, 2025

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court