UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

EMILY ANN NELSON,                                              Case No. 24-CV-2067 (PJS/TNL)

        Plaintiff,

v.
                                                  ORDER OF DISMISSAL

MAXIMUS EDUCATION, LLC
d/b/a AIDVANTAGE; WELLS FARGO
BANK, NATIONAL ASSOCIATION d/b/a
WELLS FARGO EDUCATION FINANCIAL
SERVICES; CAPITAL ONE FINANCIAL
CORPORATION; JPMORGAN CHASE BANK, N.A.;
and SPRING OAKS CAPITAL LLC,

        Defendants.

---

Based upon the Stipulation of Dismissal with Prejudice filed by the parties on

June 5, 2025 [ECF No. 73],

IT IS ORDERED that this action is dismissed with prejudice and on the merits,

without costs or disbursements to any party.


Dated: June 5, 2025

                                                              /s/ Patrick J. Schiltz
                                                              Patrick J. Schiltz, Chief Judge
                                                              United States District Court